*Law Office of Mary F. Chapman, Ltd.*
*Mary F. Chapman, Esq.*
*Nevada Bar #6591*
*8440 West Lake Mead Blvd.*
*Suite 203*
*Las Vegas, Nevada  89128*
*702-202-4223 Phone*
*702-202-2003 Fax*
*maryf.chapman@juno.com*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TERI VILLAFANA,

     Plaintiff,

vs.

T-Mobile,

     Defendant.

Case No.  2:21-cv-00661-GMN-DJA

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENANDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY**

**(Second Request)**

Plaintiff, Teri Villafana, and Defendant, T-Mobile, by and through respective counsel, file this Stipulation and Order Extending Time for Plaintiff to Respond to Defendant's Motion to Dismiss (ECF No. 8) and for Defendant to file a Reply. This is Plaintiff's second request for an extension of time to respond to Defendant's Motion and the first request for an extension of time for Defendant to file a Reply.[1]

The parties hereby stipulate and agree to request a 15-day extension of time, up to and including **September 1, 2021**, for Plaintiff to file a response or other appropriate pleading.  This extension is intended to allow newly retained counsel the opportunity to conduct a proper review of the case in compliance with the ethical requirements of Fed. R. Civ. P. 11.  Defendant shall have until September 15, 2021 to file a reply to the extent Plaintiff files an Opposition. Defendant requests this additional time as defense counsel intends to have several depositions scheduled between September 1 and September 7.  Accordingly, the parties jointly stipulate and

---

[1]    Plaintiff's first request was submitted as a letter to the Court wherein she sought additional time in order to retain counsel.

1

1   agree to request that the Court grant an enlargement of time.

2        The parties submit that the request is made in good faith and not for the purpose of

3   delay.

4   DATED this 18th of August, 2021.          DATED this 18th of August, 2021.

5   LAW OFFICE OF MARY F. CHAPMAN,          LITTLER MENDELSON
    LTD.
6

7   By:  */s/ Mary F. Chapman*                By:  */s/ Amy L. Thompson*
         Mary F. Chapman, Esq.                     Amy L. Thompson, Esq.
8        8440 W. Lake Mead Blvd.                   Montgomery Y. Paek, Esq.
         Suite 203                                 3960 Howard Hughes Parkway
9        Las Vegas, NV 89128                       Suite 300
         (702) 202-4223                            Las Vegas, Nevada 89169
10       *Attorneys for Plaintiff*                 (702) 862-7727
                                                   *Attorneys for Defendant*
11

12

13

14

15

16       **ORDER**

17       **IT IS SO ORDERED.**

18
     Dated this 19 day of August, 2021.
19

20

21       _____
         Gloria M. Navarro, District Judge
22       United States District Court

23

24

25

26

27

28

                                        2