*Law Office of Mary F. Chapman, Ltd.*
*Mary F. Chapman, Esq.*
*Nevada Bar #6591*
*8440 West Lake Mead Blvd.*
*Suite 203*
*Las Vegas, Nevada  89128*
*702-202-4223 Phone*
*702-202-2003 Fax*
*maryf.chapman@juno.com*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERI VILLAFANA, | |
| Plaintiff, | Case No.  2:21-cv-00661-GMN-DJA |
| vs. | |
| T-Mobile, | **STIPULATION AND ORDER** |
| Defendant. | **REGARDING TIMELINESS OF** |
| | **FILING FROM EEOC RIGHT TO SUE** |

Plaintiff, Teri Villafana, and Defendant, T-Mobile, by and through respective counsel, file this Stipulation and Order stipulating in good faith as follows:

Plaintiff's claims for race discrimination and retaliation as specifically set forth in her EEOC Charges of Discrimination (EEOC Nos. 487-2020-01309 and 487-2020-00138 (ECF No. 5 at pp. 6-7) were filed within 90 days of Plaintiff's receipt of the EEOC right to sue notices.

This stipulation is based upon Plaintiff's representation that her actual receipt of the EEOC right to sue notices for the above-referenced Charges was January 29, 2021, and is further based upon the Nevada Governor's Emergency Directive 009 Section 2 providing tolling of Nevada state statutes of limitations. The Parties wish to resolve the single issue of Plaintiff's timely filing of these specific race discrimination and retaliation claims in Federal Court.  The stipulation on this singular fact is without waiving any other defense Defendant may have to any claims in this matter including but not limited to timeliness of filing the original charges with the EEOC/NERC, timeliness of any other claims, exhaustion of administrative remedies, or any other substantive or procedural defenses.   The parties submit that this stipulation is made in good faith and intended to promote judicial economy.

1

DATED this 31th of August, 2021.

LAW OFFICE OF MARY F. CHAPMAN, LTD.

By:   */s/ Mary F. Chapman*
      Mary F. Chapman, Esq.
      8440 W. Lake Mead Blvd.
      Suite 203
      Las Vegas, NV 89128
      (702) 202-4223
      *Attorneys for Plaintiff*

DATED this 31th of August, 2021.

LITTLER MENDELSON

By:   */s/ Amy L. Thompson*
      Amy L. Thompson, Esq.
      Montgomery Y. Paek, Esq.
      3960 Howard Hughes Parkway
      Suite 300
      Las Vegas, Nevada 89169
      (702) 862-7727
      *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this __8__ day of September, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court