MONTGOMERY Y. PAEK, ESQ. Bar No. 10176
AMY L. THOMPSON, ESQ. Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: mpaek@littler.com
           athompson@littler.com

*Attorneys for Defendant*
T-MOBILE USA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERI P. VILLAFANA,<br><br>              Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a foreign Corporation licensed to do business in Nevada,<br><br>              Defendant. | Case No. 2:21-cv-00661-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff TERI P. VILLAFANA ("Plaintiff") and Defendant T-MOBILE USA, INC. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 19) from the current deadline of September 15, 2021, up to and including **September 24, 2021**.

Defendant previously filed a motion to dismiss Plaintiff's Complaint. ECF No. 8. In response to Defendant's Motion, Plaintiff filed a First Amended Complaint which contains amended claims and facts. ECF No. 19. Thus, Defendant's requested extension is necessary in order for Defendant to investigate the new allegations and claims set forth in the First Amended Complaint and prepare a sufficient responsive pleading.

1  This is the first request for an extension of time to respond to the Amended Complaint.

2  This request is made in good faith and not for the purpose of delay.

3  Dated: September 14, 2021                    Dated: September 14, 2021

4  Respectfully submitted,                      Respectfully submitted,

6  /s/ Mary F. Chapman                          /s/ Amy L. Thompson
7  MARY F. CHAPMAN, ESQ.                        MONTGOMERY Y. PAEK, ESQ.
   LAW OFFICE OF MARY F. CHAPMAN,               AMY L. THOMPSON, ESQ.
8  LTD.                                         LITTLER MENDELSON, P.C.

9  *Attorney for Plaintiff*                     *Attorneys for Defendant*
   TERI P. VILLAFANA                            T-MOBILE USA, INC.

11                                  **IT IS SO ORDERED.**

12                              Dated: _____September 15_____, 2021.

15                                     _____
                                       UNITED STATES MAGISTRATE JUDGE

19  4818-9310-1819.1 / 066431-1088

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2