Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
8440 West Lake Mead Blvd.
Suite 203
Las Vegas, NV 89128
(702)202-4223 Phone
(702)202-2003 Fax
Maryf.chapman@juno.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERI P. VILLAFANA,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a foreign Corporation licensed to do business in Nevada,<br><br>    Defendant. | Case No. 2:21-cv-00661-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff TERI P. VILLAFANA ("Plaintiff") and Defendant T-MOBILE USA, INC. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file a responsive pleading to Defendant's Motion to Dismiss (ECF No. 25) from the current deadline of October 8, 2021, up to and including **October 15, 2021**.

Defendant previously filed a motion to dismiss Plaintiff's Complaint. ECF No. 8. In response to Defendant's Motion, Plaintiff filed a First Amended Complaint which contains amended claims and facts. ECF No. 19. Defendant the filed a second Motion to Dismiss. ECF No. 25. Plaintiff requests this extension because it is necessary in order for Plaintiff's counsel to investigate the allegations set forth in the Motion to Dismiss, including coordination with bankruptcy counsel and the bankruptcy trustee, and prepare a sufficient responsive pleading.

Additionally, Defense counsel will be out of town during the new reply time frame so the Parties further stipulate that Defendant's reply brief would be due up to and including **October 27, 2021**.

This is the first request for an extension of time to respond to the Motion to Dismiss ECG No. 25. This request is made in good faith and not for the purpose of delay.

| Dated: October 7, 2021 | Dated: October 7, 2021 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /S/ Mary F Chapman | /S/ Amy L. Thompson |
| MARY F. CHAPMAN, ESQ.<br>LAW OFFICE OF MARY F. CHAPMAN, LTD. | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON, P.C. |
| *Attorney for Plaintiff*<br>TERI P. VILLAFANA | *Attorneys for Defendant*<br>T-MOBILE USA, INC. |

**IT IS SO ORDERED.**

Dated this  8  day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2