MONTGOMERY Y. PAEK, ESQ. Bar No. 10176
AMY L. THOMPSON, ESQ. Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: mpaek@littler.com
       athompson@littler.com

*Attorneys for Defendant*
T-MOBILE USA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERI P. VILLAFANA,<br><br>  Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a foreign Corporation licensed to do business in Nevada,<br><br>  Defendant. | Case No. 2:21-cv-00661-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER RELATED TO T-MOBILE'S PENDING MOTION TO DISMISS AMENDED COMPLAINT (ECF No. 25)** |

Defendant T-MOBILE USA, INC. ("Defendant") and Plaintiff TERI P. VILLAFANA ("Plaintiff") (collectively, the "Parties"), through their respective counsel, file this Stipulation and Order related to T-Mobile's pending Motion to Dismiss Amended Complaint (ECF No. 25).

On November 10, 2021, the United States Bankruptcy Court entered an order denying Plan Confirmation and dismissing Plaintiff's Chapter 13 bankruptcy case. A copy of this order is attached as Exhibit A. T-Mobile's pending Motion to Dismiss contains arguments directly related to Plaintiff's bankruptcy. Mot. Dismiss at § III(B-C), p.6:18-10:3. In light of the November 10, 2021, order dismissing Plaintiff's bankruptcy and denying plan confirmation, the parties have agreed and stipulate that the Defendant's arguments related to Plaintiff's bankruptcy contained in

Defendant's Motion to Dismiss at Sections III(B-C), p.6:18-10:3, be withdrawn without prejudice. Defendant shall retain the right to file the same or similar arguments at a later time if it deems appropriate to do so. Defendant shall further retain the right to conduct discovery on these issues in accordance with the applicable rules of civil procedure. The remainder of Defendant's Motion to Dismiss shall stand as submitted.

This stipulation is made in good faith and not for purpose of delay.

Dated: November 18, 2021

Respectfully submitted,

*/s/ Mary F. Chapman, Esq.*
MARY F. CHAPMAN, ESQ.
LAW OFFICE OF MARY F. CHAPMAN, LTD.

*Attorney for Plaintiff*
TERI P. VILLAFANA

Dated: November 18, 2021

Respectfully submitted,

*/s/ Amy L. Thompson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this __19__ day of November, 2021.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4862-9292-8772.1 / 066431-1088

# Exhibit Index

Exhibit A –   November 10, 2021 Order Denial of Confirmation and
                Dismissing Case

# EXHIBIT A

November 10, 2021 Order Denial of Confirmation and Dismissing Case

# EXHIBIT A

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 10, 2021

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| | Case No: 21-13198-ABL |
| TERI PATRECE VILLAFANA | ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE |
| | |
| Debtor | Hearing Date: 11/04/2021 |
| | Hearing Time:  1:30 pm |

The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared:

[X] Trustee [  ] Debtor [  ] Attorney for Debtor [X] Other <u>Debtor's counsel communicated with the Trustee's office prior to the hearing, but did not appear at the hearing,</u> and said Motion having been considered by this Court, and good cause appearing therefore;

IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Other Reason: failure to resolve Trustee's Opposition to Confirmation (Docket No. 25)

DATED: 11/09/2021

Submitted by:

/s/ KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(dgt)

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_ The court has waived the requirement set forth in LR 9021 (b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

|  |  |
|---|---|
| Approved: | _____ |
| Disapproved: | _____ |
| Failed to Respond: | _____ |

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###