MONTGOMERY Y. PAEK, ESQ. Bar No. 10176
AMY L. THOMPSON, ESQ. Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email:      mpaek@littler.com
            athompson@littler.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERI P. VILLAFANA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a foreign Corporation licensed to do business in Nevada,<br><br>　　　　Defendant. | Case No. 2:21-cv-00661-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff, TERI P. VILLAFANA and Defendant, T-MOBILE USA, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

   The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 28, 2022

Respectfully submitted,

*/s/ Mary F. Chapman, Esq.*
MARY F. CHAPMAN, ESQ.
LAW OFFICE OF MARY F. CHAPMAN, LTD.

*Attorney for Plaintiff*
TERI P. VILLAFANA

Dated: February 28, 2022

Respectfully submitted,

*/s/ Amy L. Thompson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that in light of the parties' settlement, Defendant's Motion to Dismiss, (ECF No. 25), is **DENIED** with prejudice as moot.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __28__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4857-7934-7469.1 / 066431-1088